# IN THE MATTER OF THE APPLICATION OF ELSIE SALISBURY FOR A WRIT OF HABEAS CORPUS.[1]

June 16, 1922.

No. 23,109.

**Appeal and error—refusal to admit prisoner to bail.**

Whether a person under indictment for murder should be admitted to bail will not be considered by the supreme court until after the trial court has exercised its discretion in the matter. Such an application will be denied by the supreme court when the trial judge has been of opinion the offense charged was not bailable, and for that reason denied bail. [Reporter.]

Application of Elsie Salisbury to the supreme court for a writ of habeas corpus directed to the sheriff of Chippewa county. Application discharged.

*E. S. Cary, Tom Davis* and *John Temple*, for relator.

*Clifford L. Hilton*, Attorney General, *C. H. Christopherson*, Assistant Attorney General, *A. P. Kief*, County Attorney, and *C. D. Bensel*, for the state.

PER CURIAM.

The application for a writ of habeas corpus and for an order admitting the applicant to bail pending the trial of an indictmnet against her is denied.

She is under indictment for murder in the first degree and bailable under the Constitution. Article 1, § 7. Whether a person so charged should be admitted to bail is primarily for the trial court, and until that court has inquired into the facts of the case and exercised its discretion in the premises, the supreme court will not act. Here the trial judge was of opinion that the offense charged is not bailable, and on that theory denied bail; he did not, as we are advised, exercise his discretion in the matter, being of opinion that he had none to exercise.

[1]Reported in          N. W.